**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROBERT LEE WILDS and
CHANNING LEAVERTIS BYRD,

Plaintiffs,

v. CASE NO.: 6:12-cv-1806-Orl-37KRS

DONALD F. ESLINGER, in his official capacity
as SHERIFF OF SEMINOLE COUNTY, FLORIDA;
DEPUTY ERIK DUCHARME in his individual capacity;
DEPUTY PAUL PRATT in his individual capacity; and
DEPUTY CHRISTOPHER CLUTTER in his individual
capacity,

Defendants.
_____________________________________/

**JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs, ROBERT LEE WILDS and CHANNING LEAVERTIS BYRD, and Defendants, DONALD F. ESLINGER, in his official capacity as SHERIFF OF SEMINOLE COUNTY, FLORIDA, DEPUTY ERIK DUCHARME in his individual capacity, DEPUTY PAUL PRATT in his individual capacity, and DEPUTY CHRISTOPHER CLUTTER in his individual capacity, by and through undersigned counsel, hereby stipulate to and request the Court to enter an order dismissing this case with prejudice. The grounds for the stipulation and motion for dismissal with prejudice are as follows:

1. This case presents civil rights claims brought by both Plaintiffs pursuant to 42 U.S.C. § 1983, and against the Defendants. Said claims arise out of an incident occurring on May 19th, 2012, in Seminole County, Florida.

2. The case has been settled pursuant to negotiation and agreement between the parties and their attorneys of record. All matters necessary to the settlement prior to this request for dismissal with prejudice have occurred.

3. The parties have agreed as part of the settlement, and hereby so stipulate, that this case be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

WHEREFORE, Plaintiffs, ROBERT LEE WILDS and CHANNING LEAVERTIS BYRD, and Defendants, DONALD F. ESLINGER, in his official capacity as SHERIFF OF SEMINOLE COUNTY, FLORIDA, DEPUTY ERIK DUCHARME in his individual capacity, DEPUTY PAUL PRATT in his individual capacity, and DEPUTY CHRISTOPHER CLUTTER in his individual capacity, by and through undersigned counsel, request the Court to dismiss this case with prejudice, with all parties to bear their own fees and costs.

Dated this 21st day of June, 2013.

*/s/ Shayan H. Modarres*
SHAYAN H. MODARRES
Florida Bar No.: 92493
Email: *Shayan@ModarresLaw.com*
THE MODARRES LAW FIRM
538 East Washington Street
Orlando, Florida 32801
Tel: 407-408-0494
Fax: 407-418-1213
Attorneys for Plaintiffs

D. ANDREW DeBEVOISE
Florida Bar No.: 0281972
Email: *debevoise@debevoisepoulton.com*
DeBEVOISE & POULTON, P.A.
1035 S. Semoran Boulevard, Suite 1010
Winter Park, Florida 32792
Tel: 407-673-5000
Fax: 407-673-5059
Attorneys for Defendants
Sheriff and Pratt

*/s/ Bruce R. Bogan*
BRUCE R. BOGAN
Florida Bar No.: 599565
Email: *bbogan@hilyardlawfirm.com*
HILYARD, BOGAN & PALMER, P.A.
Post Office Box 4973
Orlando, Florida 32802-4973
Tel: 407-425-4251
Fax: 407-841-8431
Attorneys for Defendant Ducharme

*/s/ Jeanelle G. Bronson*
JEANELLE G. BRONSON
Florida Bar No.: 266337
Email: *jgbronson@growerketcham.com*
GROWER, KETCHAM, et al., P.A.
901 N. Lake Destiny Road, Suite 450
Maitland, Florida 32751
Tel: 407-423-9545
Fax: 407-425-7104
Attorneys for Defendant Clutter